| | |
|---|---|
| 1 | MARC E. MAYER (SBN 190969) |
|   | mem@msk.com |
| 2 | KARIN G. PAGNANELLI (SBN 174763) |
|   | kgp@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
|   | 2049 Century Park East, 18th Floor |
| 4 | Los Angeles, CA 90067-3120 |
|   | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |

Attorneys for Plaintiffs
Ubisoft Entertainment and
Ubisoft, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBISOFT ENTERTAINMENT, a corporation existing under the laws of France, and UBISOFT, INC., a corporation existing under the laws of California, | CASE NO. 2:20−cv−04419 ODW (PDx) |
| | Honorable Otis D. Wright, II |
| Plaintiffs, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| v. | |
| EJOY.COM LIMITED d/b/a Qookka Games; GOOGLE LLC, APPLE INC., and DOES 1 through 10, | |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

12173261.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Ubisoft Entertainment and Ubisoft, Inc., hereby voluntarily dismiss this action, <u>without prejudice</u>.

DATED: MAY 22, 2020

MARC E. MAYER
KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By:  */s/ Marc E. Mayer*
     Marc E. Mayer
     Attorneys for Plaintiffs Ubisoft
     Entertainment and Ubisoft, Inc.